UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTINE MAROTTI | : |
| VS. | :    C.A. NO. |
| BURLINGTON COAT FACTORY OF RHODE ISLAND, LLC d/b/a BURLINGTON STORES | : : : |

## COMPLAINT

Now comes the Plaintiff, Christine Marotti, in the above-entitled matter, and alleges and says as follows:

## JURISDICTION

1. Jurisdiction of this Court is proper under 28 U.S.C. §1332. Plaintiff is a citizen of the State of Rhode Island; Defendant, Burlington Coat Factory of Rhode Island, LLC is a limited liability corporation with its principle place of business located at 1830 Route 130 North, Burlington, New Jersey 08016. Upon information and belief, the members of Burlington Coat Factory of Rhode Island, LLC are citizens of the State of New Jersey. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

## PARTIES

2. Plaintiff is a resident of the Town of North Providence, County of Providence, State of Rhode Island.

3. Upon information and belief, Defendant operates, manages and maintains the Burlington Retail Stores, and specifically, the store located at 1386 Atwood Avenue, Johnston, Rhode Island 02919.

## CAUSE OF ACTION
## COUNT I – NEGLIGENCE

4. On November 3, 2016, the Plaintiff, Christine Marotti, was a business invitee at the Burlington Store in Johnston, Rhode Island operated and controlled by the Defendant, when she slipped and was injured, as a result of a hazardous and unsafe condition, specifically, hair oil that had spilled on the floor in the area of the cash registers.

5. On said date, the Defendant, its agents, servants and/or employees, were under a duty to exercise reasonable care to keep the premises safe, free from defects and hazardous conditions and safe for the intent and purposes of said location.

6. Defendant, by and through its agents, servants and employees, was under a duty to exercise reasonable care to protect the Plaintiff, and others, by inspection and other affirmative acts, from injuries resulting from unsafe and hazardous conditions existing within the premises.

7. Defendant, its agents, servants and employees, were under a duty to have available sufficient personnel to inspect and maintain the business premises in a condition reasonably safe for the Plaintiff, and others, and free from unsafe and hazardous conditions.

8. Defendant, its agents, servants and employees, were under a duty to warn the Plaintiff, and others in a similar capacity, of any unsafe or hazardous condition existing upon the premises.

9. At all times material hereto, the Plaintiff was in the exercise of due care.

10. At all times, the Defendant knew, or in the exercise of reasonable care, should have known that the Plaintiff, and others in a similar position, would have been upon said premises in the area where the unsafe and hazardous condition existed.

11. Defendant, through its agents, servants and employees, did negligently breach all of the aforesaid duties, including, but not limited to the duty to properly maintain the premises and keep it free from hazardous and unsafe conditions.

12. As a direct and proximate result of the negligence and breach of the enumerated duties by the Defendant, its agents, servants and employees, as complained herein, the Plaintiff, Christine Marotti, was exposed to an unsafe and dangerous condition in the store, when she slipped on hair oil and was injured.

13. As a direct and proximate result of the negligence and breach of enumerated duties by the Defendant, its agents, servants and employees as complained of herein, the Plaintiff, Christine Marotti, sustained severe, permanent injuries which incapacitated her, she experienced and will in the future experience great pain of body and mind, she incurred and continues to incur and will incur in the future great expense for medical and hospital care and treatment; and she has incurred, continues to incur and will incur in the future lost wages, earnings and/or salary.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount sufficient to sustain the jurisdiction of this Court and to be determined by the trier of fact for compensatory damages, plus interest and costs.

>Plaintiff,
>By and through her attorney,
>
>/s/ Kris R. Marotti
>Kris R. Marotti (#4605)
>
>/s/ Thomas A. Tarro, III
>Thomas A. Tarro, III (#2046)
>
>Tarro & Marotti Law Firm, LLC
>Summit East, Suite 330
>300 Centerville Road
>Warwick, RI 02886
>(401) 737-7200
>kmarotti@tarromarotti.com
>ttarro3rd@tarromarotti.com

Dated:  January 12, 2017

**PLAINTIFF HEREBY CLAIMS HER RIGHT TO TRIAL BY JURY**