UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTINE MAROTTI )<br>    Plaintiff, )<br>V. )<br>     )<br>BURLINGTON COAT FACTORY OF )<br>RHODE ISLAND, LLC D/B/A )<br>BURLINGTON STORES )<br>    Defendant. ) | C.A. No. 1:17-cv-00014-S-PAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties to the above-captioned action hereby stipulate that said action be dismissed with prejudice, without costs, and all rights of appeal waived.

PLAINTIFF,
CHRISTINE MAROTTI,
BY HER ATTORNEYS,

_____
Thomas A. Tarro, Esquire (#2046)
ttarro3rd@tarromarotti.com
Kris R. Marotti, Esquire (#4605)
kmarotti@tarromarotti.com
Tarro & Marotti Law Firm, LLC
Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200 Telephone
(401) 732-3362 Facsimile

DEFENDANT,
BURLINGTON COAT FACTORY
OF RHODE ISLAND, LLC D/B/A
BURLINGTON STORES,
BY ITS ATTORNEYS,

_____
Amie M. Marcou, Esquire (#9706)
amarcou@boyleshaughnessy.com
Peter L. Bosse, Esquire (*pro hac vice*)
pbosse@boyleshaughnessy.com
Boyle | Shaughnessy Law PC
One Turks Head Place, Suite 1330
Providence, RI 02903
(401) 270-7676 Telephone
(401) 454-4005 Facsimile

{B0378505.1}

## CERTIFICATION

    I hereby certify that on May 21, 2019 I filed the foregoing document filed through the ECF system which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_____
Amie M. Marcou, Esquire (#9706)

{B0378505.1}